UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LAMAR CROMER,

    Plaintiff,                                             Case No. 4:06-cv-136

v.                                                        Hon. Janet T. Neff

UNKNOWN CHANEY, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 10, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant Daniel Wilson is **DISMISSED** from this action for the reason(s) stated in the Report and Recommendation.


Dated: March 6, 2009                                    /s/Janet T. Neff
                                                                              JANET T. NEFF
                                                                              UNITED STATES DISTRICT JUDGE