UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LAMAR CROMER,

    Plaintiff,                            Case No. 4:06-cv-136

v.                                              Hon. Janet T. Neff

UNKNOWN CHANEY, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 26, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendants' Motion for Summary Judgment (Dkt 62) is **GRANTED** and plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

**IT IS FURTHER ORDERED** that should Plaintiff appeal this decision, the Court will access the $455.00 appellate filing fee pursuant to § 1915(b)(1), *see McGore*, 114 F.3d 601, 611,

unless Plaintiff is barred from proceeding *in forma pauperis*, e.g., by the "three-strikes" rule of § 1915(g). If he is barred, he will be required to pay the $455.00 appellate filing fee in one lump sum.

Dated: September 16, 2009        /s/Janet T. Neff
                                 JANET T. NEFF
                                 UNITED STATES DISTRICT JUDGE